**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DARLENE ELLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 4:22-cv-O1644 |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE**

Attorney J. Anthony Vessel for Plaintiff in the above-named suit files this motion and requests that the Court reschedule the Initial Pretrial and Scheduling Conference set for September 23, 2022, based on the following:

1. The Court entered an order on May 25, 2022, to set the Initial Pretrial and Scheduling Conference for September 23, 2022 at 9:00 a.m. in Courtroom 8C. (Dkt.#5)
2. Attorney J. Anthony Vessel is scheduled to be in another court on September 23, 2022, and is unable to find a suitable alternative for his attendance at the conference.
3. The other hearing, referenced above, has been reset several times due to Attorney Vessel's client's communicative disabilities. The client had to have special arrangements made for the judicial hearing to take place.
4. Plaintiff's Counsel respectfully requests that this Court reset the conference, in accordance with the Court and parties' schedules and availability.
5. The undersigned has conferred with Iwana Rademaekers, counsel for the Defendant, on August 25, 2022. Defendant is UNOPPOSED to the motion.

6. WHEREFORE, for the above-mentioned reasons, Attorney for Plaintff respectfully requests the Court reschedule the Scheduling/Planning Conference set for September 23, 2022, and reset the conference to a date when the parties are each available, per Plaintiff's Motion to Reschedule Scheduling Conference.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW L.L.P.

By: /s/ *J. Anthony Vessel*
J. Anthony Vessel
Tex. Bar. No. 24084019
Fed. I.D. No. 1692384
403 Heights Blvd.
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF DARLENE ELLIS

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney for Plaintiff has informed all parties of the substance of this motion. Defendant does not oppose this motion.

/s/ *J. Anthony Vessel*
J. Anthony Vessel
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, I electronically transmitted the foregoing documents to Clerk�s office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ *J. Anthony Vessel*
J. Anthony Vessel