**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DARLENE ELLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE No. 4:22-CV-01644 |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE**

IT IS HEREBY ORDERED that the Plaintiff's Motion to Reschedule Scheduling Conference is GRANTED.

The clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the ____ day of ____________, 2022.

______________________________
United States District Judge