United States District Court
Southern District of Texas
**ENTERED**
September 09, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DARLENE ELLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE No. 4:22-CV-01644 |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE**

IT IS HEREBY ORDERED that the Plaintiff's Motion to Reschedule Scheduling Conference is GRANTED.

The initial conference is reset to October 14, 2022 at 9:00 a.m.

SIGNED on this the 9th day of September, 2022.

United States District Judge