**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Darlene Ellis

v. Case Number: 4:22−cv−01644

Liberty Life Assurance Company of Boston

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:** Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/4/2022

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: October 25, 2022

Nathan Ochsner, Clerk