**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Darlene Ellis

v. Case Number: 4:22−cv−01644

Liberty Life Assurance Company of
Boston

---

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/2/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: November 4, 2022

Nathan Ochsner, Clerk