United States District Court
Southern District of Texas
**ENTERED**
December 05, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Darlene Ellis | § | |
| | § | |
| *versus* | § | Civil Action 4:22–cv–01644 |
| | § | |
| Liberty Life Assurance Company of Boston | § | |

## SCHEDULING ORDER

| | | |
|---|---|---|
| 1. | October 14, 2022 | **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**<br>Party requesting joinder will furnish a copy of this scheduling order to new parties. |
| | | **EXPERTS** |
| 2a. | October 14, 2022 | Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). |
| 2b. | November 11, 2022 | Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). |
| 3. | March 20, 2023 | **DISCOVERY**<br>Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post–deadline discovery. |
| 4. | June 1, 2023 | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may <u>not</u> be changed by agreement. |

**JOINT PRETRIAL ORDER**

5a. September 22,2023 — THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. October 6, 2023 — THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6. October 20, 2023 — **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A.

7. October 23,2023 — **TRIAL** is set at 9:00 a.m. in Courtroom 9A. Case is subject to being called to trial on short notice during the two week period beginning on this date.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on December 2,2022, at Houston, Texas.

Alfred H. Bennett
United States District Judge